ALAN HARRIS (SBN: 146079)
aharris@harrisandruble.com
DAVID ZELENSKI (SBN: 231768)
dzelenski@harrisandruble.com
HARRIS & RUBBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Tel: (323) 962-3777; Fax:(323) 962-3004

JOHN P. DORIGAN (SBN: 98964)
jpdorigan@aol.com
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, CA 92201
Tel: (760) 342-8074; Fax: (760) 863-5868

Attorneys for Plaintiffs JULIE LESSARD AND JOANN STREET

AMANDA C. SOMMERFELD (SBN: 185052)
asommerfeld@winston.com
KATHARINE J. LIAO (SBN: 255157)
kliao@winston.com
MICHELLE S. KUNIHIRO (SBN: 271969)
mkunihiro@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Tel: (213) 615-1700; Fax: (213) 615-1750

PATRICIA T. STAMBELOS (SBN: 166998)
ASSISTANT GENERAL COUNSEL
SKYWEST AIRLINES, INC.
444 S. River Road
Saint George, UT 84790
Tel: (310) 995-3079; Fax: (435) 634-3306

Attorneys for Defendant SKYWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE LESSARD and JOANN STREET, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a Utah corporation and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:11-cv-03769 JHN (VBKx)<br><br>[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER |

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER    CASE No. 2:11-cv-03769

It is hereby ORDERED that the parties' Stipulation For Protective Order Re: Disclosure And Exchange Of Confidential Information is granted.

*As to filing sealed documents, follow LR79-5.*
*Note: Trial judge reserves right to set procedures re: use of confidential information.*

Dated: 7-22, 2011

Honorable Victor B. Kenton
United States District Court, Central District of California

---