Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiffs*

FILED
CLERK, U.S. DISTRICT COURT
MAY 12 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE LESSARD and JOANN STREET, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKYWEST AIRLINES, INC. a Utah corporation, and DOES 1–100, inclusive,<br><br>Defendants. | Case No. 11-CV-03769 MWF (VBKx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>*Assigned to Hon. Michael W. Fitzgerald* |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY STIPULATED** (a) between Plaintiff Julie Lessard and Defendant SkyWest Airlines, Inc. and (b) between Plaintiff Joann Street and Defendant SkyWest Airlines, Inc. that the above-captioned action is dismissed with prejudice, all parties to bear their own costs and attorney's fees associated with the above-captioned action.

Dated: May 4, 2012

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN
/s/ [1]

Alan Harris
David Zelenski
John P. Dorigan
*Attorneys for Plaintiffs*

Dated: May 4, 2012

WINSTON & STRAWN LLP
/s/

Amanda C. Sommerfeld
Katharine J. Liao
Michelle S. Kunihiro
*Attorneys for Defendant*

IT IS SO ORDERED.
DATED: May 7, 2012

UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Plaintiffs hereby attest that concurrence in the filing of this document has been obtained from Defendant's signatory.